**PAID SEARCH ENGINE TOOLS, LLC, Plaintiff–Appellant,**

v.

**YAHOO! INC., Defendant–Appellee,**

and

**Google Inc., Defendant–Appellee,**

and

**Microsoft Corporation, Defendant–Appellee.**

No. 2011–1281.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

Warren Jeffrey Sefton, Keating, Muething & Klekamp, PLL, of Cincinnati, OH, argued for plaintiff-appellant. With him on the brief was J. Robert Chambers, Wood, Herron & Evans, LLP, of Cincinnati, OH.

David A. Perlson, Quinn, Emanuel, Urquhart & Sullivan LLP, of San Francisco, CA, argued for all defendants-appellees. With him on the brief for defendant-appellee Google Inc., were Charles K. Verhoeven, Emily C. O'Brien and Antonio R. Sistos. On the brief for defendant-appellee Yahoo! Inc., were Douglas E. Lumish, Kasowitz, Benson, Torres & Friedman LLP, of San Francisco, CA; and Edward R. Reines, Weil, Gotshal & Manges LLP, of Redwood Shores, CA. On the brief for defendant-appellee Microsoft Corp., were Constantine L. Trela, Jr. and Richard A. Cederoth, Sidley Austin LLP, of Chicago, IL; and Bryan K. Anderson, of Palo Alto, CA. of counsel was Tacy F. Flint.

LOURIE, LINN, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**